IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Valarie Rangel | ) |
|         Plaintiff, | ) Case No. 15-cv-09235 |
| v. | ) Judge Matthew F. Kennelly |
| Bluestem Brands, Inc. , | ) Magistrate Judge: Daniel Martin |
|         Defendant. | ) |

### STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the parties stipulate that this action should be and is dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

                                      Respectfully submitted,

Carlin & Chang, LLP                            BRYAN CAVE LLP

By consent of John Carlin after his review

  /s/ John Carlin                                    /s/ Erin Hoffman (w/ consent)
John Carlin                                               Erin Smith
*Attorneys for Plaintiff*                        *Attorneys for Defendant*
CARMEN MANZELLA                  ROUNDPOINT Bluestem Brands, Inc.

## **CERTIFICATE OF SERVICE**

Jena M. Valdetero, one of the attorneys for Defendants, certifies that on December __, 2014 she served a true and correct copy of the foregoing document upon all counsel of record by causing said document to be served via electronic filing using the Court's ECF filing system:

John P. Carlin
Attorney At Law
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
jcarlin@changandcarlin.com
*Counsel for Plaintiff*

      /s/ Jena M. Valdetero
           Jena M. Valdetero

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN MANZELLA ) | |
| ) | Case No. 14-cv-08372 |
| Plaintiff, ) | |
| ) | Judge Sara L. Ellis |
| v. ) | |
| ) | Magistrate Judge: Susan E. Cox |
| ROUNDPOINT MORTGAGE, ) | |
| SERVICING CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER OF DISMISSAL WITH PREJUDICE**

This case is dismissed with prejudice pursuant to settlement.

The court status set for 1/7/15 is hereby stricken.

Each party to bear its own costs.


DATED: _____


_____
JUDGE